**FILED**

JUN 1 8 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 04-12-H-CCL |
| Plaintiff, | |
| vs. | ORDER |
| JAMES LEE PHELPS, | |
| Defendant. | |

On June 11, 2018, the Court received a memorandum from Louis Stazi, United States Probation Officer for the District of Vermont, which indicated that it had been provided to counsel for Defendant and counsel for the United States.

The Court having learned today that Probation Officer Stazi's memorandum has not been received by counsel, the Clerk of Court is hereby directed to file the attached memorandum under seal and provide copies to counsel for Defendant and for the United States.

DATED this 18th day of June, 2018.

CHARLES C. LOVELL
Senior United States District Judge